**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| GLEN ELLYN PHARMACY, INC., )<br>on behalf of itself and a class, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>HEALTHWAREHOUSE.COM, INC., )<br>and JOHN DOES 1-10, )<br>)<br>Defendants. ) | 13 CV 3249<br><br><br><br>Honorable Judge Bucklo<br>Magistrate Judge Martin |

## STIPULATION TO DISMISS

NOW COME the Parties, by and through their respective attorneys, and pursuant to Fed R. Civ. Proc. 41(a), hereby stipulate and agree to the dismissal of Plaintiff's individual claims against Defendant with prejudice, and with each party bearing its own costs. Plaintiff's class claims are dismissed without prejudice and with each party bearing its own costs. This stipulation of dismissal disposes of the entire action.

Respectfully submitted,

**PLAINTIFF**                                                          **DEFENDANT**

GLEN ELLYN PHARMACY, INC.                            HEALTHWAREHOUSE.COM, INC.,

s/ Dulijaza Clark                                                        s/ Jason P. Stiehl

By one of its attorneys                                           By one of its attorneys
Dulijaza (Julie) Clark                                              Jason P. Stiehl
Edelman, Combs, Latturner & Goodwin LLC      Seyfarth Shaw LLP
120 S. LaSalle St., 18th Fl.                                     131 S. Dearborn St. Ste. 2400
Chicago, IL 60603                                                   Chicago, IL 60622
312-739-4200                                                            312-460-5000

**CERTIFICATE OF SERVICE**

I, Dulijaza Clark, hereby certify that on October 31, 2013, I caused to be served a true and accurate copy of the foregoing document via the Court's CM/ECF system upon the following party:

>Jason Patrick Stiehl
>Gerald L. Maatman, Jr.
>Jennifer Ann Riley
>Seyfarth Shaw LLP
>131 South Dearborn Street
>Suite 2400
>Chicago, IL 60603
>gmaatman@seyfarth.com
>jriley@seyfarth.com
>jstiehl@seyfarth.com

/s/ Dulijaza Clark
Dulijaza (Julie) Clark

Daniel A. Edelman
Cathleen M. Combs
James O. Latturner
Dulijaza Clark
EDELMAN, COMBS, LATTURNER & GOODWIN, LLC
120 S. LaSalle Street, Suite 1800
Chicago, Illinois 60603
(312) 739-4200
(312) 419-0379 (FAX)